PAULINE ROME and Another, Appellants, v. HARRY L. LEWIS, Respondent.— Action by plaintiff Pauline Rome to recover damages for personal injuries sustained by her in a collision between defendant's car, in which she was riding, and another car, and by plaintiff Paul Rome to recover for medical expenses and loss of services. Judgment for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

MORRIS ROTH and Another, Respondents, v. YELLOW TAXI CORPORATION, Appellant.— Order of the Appellate Term affirming order of Municipal Court, Fifth District, Borough of Brooklyn, dated November 1, 1934, denying defendant's motion to open its default on the trial, and dismissing appeal from order dated October 22, 1934, unanimously affirmed, with costs, on the ground that the history of the litigation indicates willfulness, bad faith and dilatory conduct on the part of the defendant throughout the entire litigation. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

SAMUEL SANDLER, Appellant, v. PORTAL GARAGE, INC., Respondent.— An automobile owned by plaintiff and operated by an employee of defendant, a garage keeper, under an arrangement by which defendant was to operate plaintiff's car from his home to the garage, came into collision with one Resnick. She and her husband sued plaintiff for damages for injuries sustained by her and for loss of services to the husband. The actions were settled without defendant's consent. Plaintiff seeks to recover from defendant the amount of the settlement. Judgment was rendered for defendant dismissing the complaint, with costs. Plaintiff failed to prove that the injuries to Anna Resnick, one of the persons who sued him, were due to the neglect of defendant's employee or that said Anna Resnick was free from contributory negligence. Judgment unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

CHARLES SCHALDA, Appellant, v. BANKERS TRUST COMPANY, Respondent, and Others, Defendants.— Action to revoke a deed of trust. Judgment dismissing the plaintiff's complaint after trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GEORGE L. SEIFERT, Respondent, v. THE DAILY REVIEW CORPORATION and Another, Appellants.— Order denying defendants' motion for judgment dismissing the complaint on the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. The time of the defendants to answer is extended ten days from the entry of an order herein. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.